

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JOEL GARCIA, | § | No. 08-19-00274-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210<sup>th</sup>District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D00100) |
| | § | |

**O RDER**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **February 22, 2020.**  NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Erika C. Wright, Official Court Reporter for the 210th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before February 22, 2020.

IT IS SO ORDERED this 28th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.